REPORTER'S RECORD
VOLUME 1 OF 1 VOLUME
TRIAL COURT CAUSE NO. 24-55,842
COA NO. 15-25-00118-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/19/2025 3:37:12 PM
CHRISTOPHER A. PRINE
Clerk

JAMES BRICKLEY          **      IN THE DISTRICT COURT
                        **
VS.                     **      CORYELL COUNTY, TEXAS
                        **
NICHOLAS WATSON         **      440TH JUDICIAL DISTRICT

* * * * * * * * * * * * * * * * * * * * * * * * * *

**TELEPHONIC HEARING ON
MOTION FOR SUBSTITUTED SERVICE**

* * * * * * * * * * * * * * * * * * * * * * * * * *

On the 17th day of December, 2024, the following proceedings came on to be heard in the above entitled and numbered cause before the Honorable GRANT KINSEY, Judge presiding, held in Gatesville, Coryell County, Texas:

Proceedings reported by Stenographic Method.

A P P E A R A N C E S

MR. JAMES BRICKLEY (via telephone)
#2289486
Alfred D. Hughes Unit
3201 FM 929
Gatesville, TX  76597

APPEARING PRO SE

VOLUME 1
HEARING

DECEMBER 17, 2024                          Page   Vol.

Announcements..............................  4      1

Mr. Brickley presents his motions...........  4      1

Court takes Motion under advisement.........  6      1

Adjournment................................  7      1

Court Reporter's Certificate..............  8      1

THE COURT: On the record in Cause Numbers 24-55,842 and 24-55,952 styled James Brickley versus Officer Walton a/k/a/ Nicholas Walton and James Brickley versus C. Mitchell a/k/a Codi Mitchell. This on plaintiff's pro se Motion for Substituted Service.

Mr. Brickley, I will hear you with regards to your motion at this time.

MR. BRICKLEY: Yes, sir. I was requesting substituted service for the simple fact that previously the sheriff's department had came out here, after I tendered the amount for service, and said that they were not able to serve TDCJ employees on TDCJ property. I have no control over that; however, the amount was paid. Other than that, in their note they said that they needed more information specifying home numbers and addresses; however, inmates aren't allowed to have possession of guard personal information such as telephone numbers, addresses, and stuff like that without the risk of being penalized, as far as being locked up, wrote up, or possibly acquiring new charges. That was the reasoning for a request for substitution of service.

THE COURT: All right. In your motion, you request that the law librarian there at the unit that you're housed at be served by certified mail. Do

you have any authority that serving the law librarian is sufficient?

MR. BRICKLEY: Actually, Your Honor, no, I do not. The last -- since August, I don't have access to the law library anymore as far as the information on the tablets. So as far as finding case law, I don't have access to that anymore until they replace the tablet that I have just for the simple fact that it's not working anymore. The answer to your question, Your Honor, is, no, I do not.

THE COURT: Okay. All right. Is there anything else you wish to present to the Court at this time?

MR. BRICKLEY: I would, Your Honor. I'm glad you asked. I know you have previously ruled on a motion that I sent in to appoint counsel. In the motion, I had suggested that this would possibly be an issue as far as being able to serve paperwork -- mail paperwork out and receive paperwork from the Courts, which is the basis of one of these lawsuits James Brickley versus C. Mitchell where the basis of the lawsuit was that she was -- the mail room clerk was denying legal mail, and that would be the very basis for receiving counsel. No way to apply for counsel on my own. I'm not requesting that counsel argue the

case, simply just file the proper motions, and that is it. As far as everything else, I will take responsibility on my own, but there is a problem in getting the motions that I send out out, of course, and obviously the notices, correspondences from the Court to myself. I still haven't received a copy of this motion that this case -- that this hearing is about. So with that being said, I would like to re-urge this Court to reconsider the Motion for an Appointment of Counsel as well as the Motion for Substitute Service.

THE COURT: All right. Mr. Brickley, I'm going to take the Motion for Substituted Service under advisement and will notify you of my ruling. If I rule in your favor and rule that service be sent by certified mail to the law librarian, I will instruct the clerk's office to do that immediately. And so the notice that you receive for my ruling may not be timely in that we may have already authorized service.

With regards to your Motion for Court Appointed Counsel, I'm not authorized by law to authorize funds or appoint counsel on a civil matter. If there is interference with lawful mail and the proper procedures for seizing mail or otherwise through the prison system have not been followed, then that would be a complaint criminal in nature, and you would

have to report that to the proper authorities.

With that, Mr. Brickley, I'm going to end the hearing. I have other matters to take up, but I will notify you shortly of my ruling with regards to the substituted service. Okay, sir?

MR. BRICKLEY: Yes, Your Honor. Thank you, by the way, for the hearing.

THE COURT: All right. Thank you, Mr. Brickley. We are off the record.

(HEARING ADJOURNED)

THE STATE OF TEXAS **
                  **
COUNTY OF CORYELL   **

                I, TRACY L. IRVIN, Official Court Reporter in and for the 440th District Court of Coryell County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

        I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

        I further certify that the total cost for the preparation of this Reporter's Record is $75.00 and was paid by Mr. James Brickley.

                WITNESS MY OFFICIAL HAND this the 19th day of May, 2025.

                    /s/ Tracy L. Irvin
                    TRACY L. IRVIN, Texas CSR #4725
                    Expires:  7-31-26
                    Official Court Reporter
                    440th District Court
                    P. O. Box 1119
                    Gatesville, Texas 76528
                    254-865-5911 ext. 273